

NUMBER 13-18-00563-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ARMANDO O'CAÑA,                                            **Appellant,**

**v.**

NORBERTO 'BETO' SALINAS,                                 **Appellee.**

## On Appellant's Motion to Accelerate Appeal.

# ORDER

### Before Justices Rodriguez, Contreras, and Benavides
### Order Per Curiam

This appeal concerns a general election contest suit brought by appellee Norberto 'Beto' Salinas. The cause is before the Court on appellant Armando O'Caña's Motion to Accelerate Appeal, in which he represents as follows: (1) on October 5, 2018, the trial court made an oral ruling declaring void the results of the June 9, 2018 run-off election for mayor of Mission, Texas; (2) the trial court has not yet signed a final judgment

memorializing that ruling; and (3) appellant filed his notice of appeal in anticipation that the trial court would soon sign such a final judgment. *See* TEX. R. APP. P. 27.1(a) ("In a civil case, a prematurely filed notice of appeal is effective and deemed filed on the day of, but after, the event that begins the period for perfecting the appeal."). Appellant asks that we accelerate the appeal pursuant to Texas Election Code section 232.015. *See* TEX. ELEC. CODE ANN. § 232.015 (West, Westlaw through 2017 1st C.S.).

Having reviewed appellant's motion, we find that it is meritorious and should be granted. Accordingly, we ORDER the appeal accelerated pursuant to Texas Election Code section 232.015. *See id.* The appeal will be governed by the procedures prescribed in Texas Election Code section 232.014(b)–(e). *See id.*; *see also id.* § 232.014(b)–(e) (West, Westlaw through 2017 1st C.S.). The trial court shall, as soon as practicable after the appeal is perfected, set the deadline for filing the trial court record with this Court. *Id.* § 232.014(d). The trial court may make any other orders to expedite the appeal that are reasonable and appropriate, including reducing the time normally allowed for filing appellate briefs, subject to review by this Court on motion of a party. *Id.* Once perfected, this appeal will have precedence in this Court and will be disposed of as expeditiously as practicable. *Id.* § 231.009 (West, Westlaw through 2017 1st C.S.).

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
22nd day of October, 2018.